## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Travis Scott Young
In Proper Person
50 Perry Road
Forest Hill LA 71430


### REHEARING ACTION: May 18, 2011


**Docket Number: 11   00489-CW**

**TRAVIS SCOTT YOUNG**
**VERSUS**
**DIANA LEIGH BREECE YOUNG**

**Writ Application from Rapides Parish Case No. 222,838**


**BEFORE JUDGES:**

 **Hon. Jimmie C. Peters**
 **Hon. James T. Genovese**
 **Hon. Shannon J. Gremillion**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travis Scott Young** has this day been

 **DENIED.**




cc: Gregory Norman Wampler, Counsel for the Applicant